UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Case No.  06-cr-77-01-SM

Johnell Bennett

## O R D E R

Defendant Bennett's motion to continue the final pretrial conference and trial is granted (document 9). Trial has been rescheduled for the December 2006 trial period. Defendant Bennett shall file a waiver of speedy trial rights not later than September 5, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** November 30, 2006 at 11:30 a.m.

**Jury Selection**: December 5, 2006 at 9:30 a.m.

SO ORDERED.

                                                               _____
                                                               Steven J. McAuliffe
                                                               Chief Judge

August 29, 2006

cc:    Charles A. Bookman, Esq.
        Mark Zuckerman, AUSA
        US Probation
        US Marshal