## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Case No.  06-cr-77-01-SM

Johnell Bennett

## O R D E R

Defendant Bennett's motion to continue the final pretrial conference and trial is granted  (document 23).   Trial has been rescheduled for the November 2007 trial period.   Defendant Bennett  shall file a waiver of speedy trial rights not later than September 7,  2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  October  30,  2007 at  10:30 a.m.

**Jury Selection**:  November 6, 2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

August  23, 2007

cc:    Kevin E. Sharkey, Esq.
       Mark Zuckerman, AUSA
       US Probation
       US Marshal